IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN OSCAR FUENTES,

    Petitioner,

v.	Civ. No. 08-562 JH/RLP

ANTHONY ROMERO, Warden, *et al.*,

    Respondents.

### ORDER

THIS MATTER comes before the Court on the Petitioner's objections [Doc. 11] to the Magistrate Judge's Report and Recommendation [Doc. 10], and the Court having completed a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                    Judith Herrera
                                                  United States District Judge